**No. 57201.**—Catz American Co., Inc. *v.* United States, protest 130417–K (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of shredded or grated coconut meat, cooked in sugar sirup and packed in tins, the same in all material respects as that the subject of *Allied Food Corporation of America* v. *United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiff was sustained.

**No. 57202.**—J. Ossola Co., Inc. *v.* United States, protests 197536–K and 197752–K (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of peppers, pickled with vinegar, similar in all material respects to those the subject of *E. J. Petrosemolo Co., Inc.*, and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiff was sustained.

**No. 57203.**—Transcontinental Seed, Inc., and Alltransport, Inc. *v.* United States, protests 196497–K and 198032–K (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.